UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

HOLLY LAFORTY,

    Plaintiff,

v.

CASE NO. 3:11-cv-1232-J-20JBT

SEATTLE SERVICE BUREAU
d/b/a NATIONAL SERVICE BUREAU,

    Defendant.
_____/

## ORDER

This cause is before this Court on Plaintiff's Notice of Settlement (Doc. 6, filed May 14, 2012). Pursuant to Rule 3.08(b) of the Local Rules of the Middle District of Florida, it is **ORDERED** and **ADJUDGED**:

1. That the above case is hereby **DISMISSED without prejudice**, subject to the right of any party to move this Court, within sixty (60) days hereof, for the purpose of entering a Dismissal with prejudice, a stipulated form of Final Order or Judgment, or on good cause shown, to reopen this case for further proceedings; and

2. The Clerk of the Court is directed to **CLOSE** this case.

**DONE AND ORDERED** at Jacksonville, Florida, this 15 day of May, 2012.

HARVEY E. SCHLESINGER
United States District Judge

Copies to:
Shireen Hormozdi, Esq.